CATHERINE COTRISS, Appellant, *v.* THE VILLAGE OF
MEDINA, Respondent.

*Cotriss* v. *Village of Medina*, 139 App. Div. 872, affirmed.
(Argued October 15, 1912; decided October 29, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 15, 1910, reversing a judgment in favor of plaintiff
entered upon a verdict and granting a new trial in an
action to recover for personal injuries alleged to have
been sustained through the defendant's negligence.

*George F. Thompson* for appellant.

*Bertram E. Harcourt* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.

---

JOSEPH OMAN, Respondent, *v.* PHŒNIX BRIDGE COMPANY,
Appellant.

*Oman* v. *Phœnix Bridge Co.*, 143 App. Div. 955, affirmed.
(Argued October 15, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 15, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant, his employer.

*Edwin L. Dolson* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and HISCOCK, JJ.